# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2013

### NO. 03-13-00115-CR

**Roland Sosa, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the appeal should be dismissed for want of jurisdiction. **IT IS THEREFORE ORDERED** that the appeal be dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs be made; and that this decision be certified below for observance.